214 So.2d 719

**Judy Ann MENARD, Overton Menard et al.**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.**

No. 49467.

Oct. 25, 1968.

In re: State Farm Mutual Automobile Insurance Company and Curtis Prejean applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 212 So.2d 141.

Writ refused. On the facts found by the Court of Appeal the judgment is correct.

214 So.2d 720

**Virginia COOPER, Wife of/and William R. Cooper**

v.

**Vernon D. CHRISTENSEN, Government Employees Insurance Company, Clair H. McCain and Aetna Casualty and Surety Company.**

No. 49447.

Oct. 25, 1968.

In re: Government Employees Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 212 So.2d 154.

Writ refused. In view of our refusal of writs in the companion case, La., 214 So.2d 718, on the docket of this Court, the granting of this would present no justiciable controversy for review.